IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY IAN COOK,

      Petitioner,                     No. CIV S-10-2744 MCE GGH P

   vs.

G. SWARTHOUT, Warden,

      Respondent.                 ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this Court's May 4, 2011 denial of his application for a writ of habeas corpus. Before Petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

For the reasons set forth in the magistrate judge's March 17, 2011 findings and recommendations, and this court's May 4, 2011 order, Petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, Petitioner's motion for a certificate of appealability (ECF No. 25) is DENIED. A certificate of appealability should not issue in this action.

IT IS SO ORDERED.

Dated: October 17, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE